# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 6:11-CR-00042-002 |
| v. | § |
| | § |
| | § |
| DEREK LAMAR ELAM | § |
| | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Derek Lamar Elam be committed to the custody of the Bureau of Prisons for a term of imprisonment of 5 months with no supervised release to follow with credit for time served from August 25, 2017. The Court **RECOMMENDS** that the place of confinement be Seagoville, Texas in order to facilitate family visitation.

**So Ordered and Signed**
Oct 21, 2017

_____
Ron Clark, United States District Judge